UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS A. TRUJILLO, )<br>            ) <br>     Plaintiff, )<br>            ) <br> vs.         )<br>            ) <br> LAS VEGAS PAVING CORP., *et al.*, )<br>            ) <br>            ) <br>     Defendants. )<br> _____) | 2:08-cv-936-RLH-LRL<br><br>**DISMISSAL BY COURT FOR<br>WANT OF PROSECUTION** |

It appearing to the Court that this action has been pending in this Court for more than (9) MONTHS without any proceeding having been taken therein during such period; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action is hereby dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

DATED: April 14, 2011

_____
ROGER L. HUNT
Chief United States District Judge